IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| 1. | CHRISTOPHER A. PERKINS, | ) | |
| | | ) | |
| | Plaintiff, | ) | |
| v. | | ) | CIV-14-794-F |
| | | ) | |
| 1. | FRONK OIL CO., INC., and | ) | |
| 2. | IMS MARKETING, INC. d/b/a | ) | |
| | INSURANCE MANAGEMENT | ) | |
| | SERVICES, | ) | |
| | | ) | ATTORNEY LIEN CLAIMED |
| | Defendants. | ) | JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Christopher A. Perkins, hereby stipulates with the Defendants, Fronk Oil Co., Inc. and IMS Marketing, Inc., d/b/a Insurance Management Services, that his claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 5th DAY OF DECEMBER, 2014.**

> s/Jana B. Leonard
> Jana B. Leonard, OBA # 17844
> Emily Van Volkinburg, OBA # 31744
> LEONARD & ASSOCIATES, P.L.L.C.
> 8265 S. Walker
> Oklahoma City, OK 73139
> Telephone:   405-239-3800
> Facsimile:   405-239-3801
> leonardjb@leonardlaw.net
> emilyv@leonardlaw.net
> *Counsel for Plaintiff*

  s/ Nathan L. Whatley
(Signed with permission)
Nathan L. Whatley, OBA #14601
Kristin M. Simpsen, OBA #22302
McAFEE & TAFT
A Professional Corporation
Tenth Floor, Two Leadership Square
Oklahoma City, Oklahoma 73102
Tele: (405) 235-9621 Fax: (405) 235-0439
nathan.whatley@mcafeetaft.com
kristin.simpsen@mcafeetaft.com
*Counsel for Defendant Fronk Oil Co., Inc.*

  s/Shawn D. Twing
(Signed with permission)
Shawn D. Twing, OBA #15865
SPROUSE SHRADER SMITH, PLLC
701 S. Taylor, Suite 500, 79101
P.O. Box 15008
Amarillo, TX 79105-5008
Tele: (806) 468-3300 Fax: (806) 373-3454
shawn.twing@sprouselaw.com

- and -

Briana J. Ross, OBA #
SPROUSE SHRADER SMITH, PLLC
2100 S. Utica Ave., Suite 175
Tulsa, OK 74114
Tele: (918) 743-4443 Fax: (918) 556-1119
briana.ross@sprouselaw.com
*Counsel for Defendant IMS Marketing, Inc.*